IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 cr 22

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| MICHAEL A. WHITENER, JR., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Continue (#32) filed by counsel for Defendant. In the motion, Defendant's counsel requests that a preliminary hearing and detention hearing scheduled for Defendant for March 8, 2013 be continued. It appears that good cause has been shown for the granting of the motion and therefore the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Continue (#32) in the above entitled matter is hereby **ALLOWED.**

Signed: March 12, 2013

Dennis L. Howell
United States Magistrate Judge